CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Corpus Christi)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-00248**
Internal Use Only

C 07 3896    CRB

Beams v. Pfizer Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANFERRED OUT
Assigned to: Judge Janis Graham Jack
Case in other court: 117th District Court of Nueces County, Texas, 07-01819-B
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/04/2007
Date Terminated: 07/24/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Helen Beams**
*Individually and as Personal Representative and Executrix of the Estate of John M. Beams, Deceased, and on behalf of all beneficiaries of the Estate of John M. Beams, Deceased*

represented by **Kathryn A Snapka**
Snapka & Turman LLP
P O Box 23017
Corpus Christi, TX 78403
361-888-7676
Fax: 361-884-8545
Email: ksnapka@stwllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

represented by **Leslie A Benitez**
Clark Thomas et al
P O Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129 fax
Email: jmh@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Andrew Hutton**
Clark Thomas & Winters, P.C.
PO Box 1148
Austin, TX 78767
512-472-8800
Fax: 512-474-1129
Email: ah1@ctw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacqueline Guerrero**

**Defendant**

**Bob Davis**

**Defendant**

**Jeanne L. Jalufka**

represented by **Kenneth J Ferguson**
Clark Thomas et al

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
Deputy Clerk

          PO Box 1148
          Austin, TX 78767
          512-472-8800
          Fax: 512-474-1129
          Email: kjf@ctw.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**
**Kyle M. Nelson**

**Defendant**
**Jason D. Hahn**

**Defendant**
**Robert G. Vial**     represented by  **Kenneth J Ferguson**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**
**Kathryn K. Truitt**

**Defendant**
**Kari A. McLuhan**

**Defendant**
**Reynaldo Riojas**

**Defendant**
**Francisco Meza**

**Defendant**
**Jack Barineau**

**Defendant**
**Erica Zeplin**     represented by  **Kenneth J Ferguson**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**
**Deborah Quinones**

**Defendant**
**W. Lance Goodson**     represented by  **Leslie A Benitez**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**
**Keely Rodriguez**

**Defendant**
**Leah Silva**

**Defendant**
Daniel Ponce

**Defendant**
Celeste Escobar

**Defendant**
Jill Guidry

**Defendant**
Daniel Townsend

**Defendant**
Lynsey Adame                                represented by **Kenneth J Ferguson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | 1 | NOTICE OF REMOVAL from 117th Judicial District Court of Nueces County, Texas, case number 07-1819-B (Filing fee $ 350 receipt number 2735165) filed by Pfizer Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1 through 2(E)# 3 Exhibit 2(F) through 6(V)# 4 Exhibit 7(A) through 7(M))(Benitez, Leslie) (Entered: 06/04/2007) |
| 06/04/2007 | 2 | DEMAND for Trial by Jury by Pfizer Inc., filed.(Hutton, John) (Entered: 06/04/2007) |
| 06/04/2007 | 3 | CORPORATE DISCLOSURE STATEMENT by Pfizer Inc., filed.(Ferguson, Kenneth) (Entered: 06/04/2007) |
| 06/11/2007 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/6/2007 at 01:30 PM before Chief Judge Hayden Head.( Signed by Judge Hayden Head ) Parties notified.(ssyler, ) (Entered: 06/11/2007) |
| 06/12/2007 | 5 | ORDER OF RECUSAL. Judge Hayden Head recused. Case reassigned to Judge Janis Graham Jack for all further proceedings.( Signed by Judge Hayden Head ) Parties notified.(mserpa, ) (Entered: 06/12/2007) |
| 06/22/2007 | 6 | ANSWER to 1 Complaint with Jury Demand by Robert G. Vial, Erica Zeplin, Lynsey Adame, Jeanne L. Jalufka, filed.(Benitez, Leslie) (Entered: 06/22/2007) |
| 06/26/2007 | 7 | CERTIFICATE OF INTERESTED PARTIES by Pfizer Inc., filed.(Benitez, Leslie) (Entered: 06/26/2007) |
| 06/29/2007 | 8 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/26/2007 at 01:15 PM before Judge Janis Graham Jack. (Attachments: # 1) Parties notified.(sscotch, ) (Entered: 06/29/2007) |
| 07/03/2007 | 9 | MOTION to Stay by Pfizer Inc., filed. Motion Docket Date 7/23/2007. (Attachments: # 1 Exhibit 1 through 13# 2 Proposed Order)(Benitez, Leslie) (Entered: 07/03/2007) |
| 07/05/2007 | 10 | ORDER granting 9 Motion to Stay.( Signed by Judge Janis Graham Jack ) Parties notified.(lcayce, ) (Entered: 07/05/2007) |
| 07/05/2007 |  | ***Deadlines terminated. (sscotch, ) (Entered: 07/23/2007) |
| 07/24/2007 | 11 | JPML Order Lifting Stay of CONDITIONAL TRANSFER ORDER (CTO-73) (certified copy) transferring case to Northern District of California to be included in MDL Docket No. 1699. Case terminated on 7/24/07. Parties notified.(ddar, ) (Entered: 07/24/2007) |

| 07/24/2007 | | Interdistrict transfer to Northern District of California. Certified copy of docket sheet, and copy of transfer letter sent by certified mail, filed. (ddar, ) (Entered: 07/24/2007) |